1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENNIS BABINEAU,

11           Plaintiff,                    No. CIV S-05-0552 GGH

12       vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social
14   Security,

15           Defendants.                   ORDER TO SHOW CAUSE

16   _____/

17           On April 11, 2005, the court entered its order granting plaintiff's request to

18   proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a

19   USM-285 form.  Pursuant to that order, within 15 days from the April 11, 2005, filed date of the

20   order, plaintiff was to provide the United States Marshal with the information to complete

21   service of process.

22           On September 20, 2005, plaintiff submitted a statement that the documents were

23   submitted to the U.S. Marshal for service of process.  The court has not received a proof of

24   service showing that the defendant has been served.  On February 23, 2006, the U.S. Marshal's

25   office indicated that no documentation has been submitted to their office.

26   \\\\\

1

1        THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why

2   this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

3   DATED: 3/6/06

4
                                              /s/ Gregory G. Hollows
5                                             _____
                                              UNITED STATES MAGISTRATE JUDGE
6   GGH:035
    babineau.osc2
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26