```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:   (916) 554-2900
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BABINEAU,<br><br>         Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>         Defendant. | CASE NO. 2:05-CV-00552-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO JULY 10, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's complaint in the above-referenced case is hereby extended from the present due date of June 8, 2006, by thirty-two days, to the new response date of July 10, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension will allow Defendant additional time in which to make a determination regarding the appropriate response to Plaintiff's complaint.

    This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time
2:05-cv-00552-GGH                              **1**

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing her signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: June 6, 2006          /s/ Bess M. Brewer
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff

DATED: June 7, 2006          McGREGOR W. SCOTT
                             United States Attorney

                         By: /s/ Bobbie J. Montoya
                             BOBBIE J. MONTOYA
                             Assistant U.S. Attorney

                             Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: 6/12/06               /s/ Gregory G. Hollows

                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

babineau.ord

Stip.& Order Ext. Def.'s Time
2:05-cv-00552-GGH                    **2**