1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  DENNIS S. BABINEAU,              )    Case No. CIV- 05-0552 GGH
                                    )
10                                  )
                                    )
11                                  )
                                    )    STIPULATION AND ORDER
12          Plaintiff,              )    EXTENDING PLAINTIFF'S TIME TO
                                    )    FILE MEMORANDUM IN SUPPORT
13  v.                              )    OF SUMMARY JUDGMENT
                                    )
14  JO ANNE B. BARNHART             )
15  Commissioner of Social Security )
    of the United States of America,)
16                                  )
17          Defendant.              )
                                    )
18  _____)

19

20          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is

22  hereby extended from its current due date of August 28, 2006 to October 6, 2006.  This is plaintiff's first

23  extension and is required due to plaintiff's attorney's heavy briefing schedule.

24

25

26  / / / /

27  / / / /

28  / / / /

                                1

1

2    Dated:  August 24, 2006                    /s/Bess M. Brewer
3                                               BESS M. BREWER
                                                Attorney at Law
4
5                                               Attorney for Plaintiff

6
7    Dated: August 24, 2006_____              McGregor W. Scott
                                                United States Attorney
8
9                                               By: /s/Bobbie J. Montoya
                                                BOBBIE J. MONTOYA
10                                              Assistant U.S. Attorney

11                                              Attorney for Defendant

12

13                              **ORDER**

14
     APPROVED AND SO ORDERED.
15
     DATED: 8/30/06
16
                                                /s/ Gregory G. Hollows
17
                                                _____
18                                              GREGORY G. HOLLOWS
                                                U.S. MAGISTRATE JUDGE
19
     babineau.eot
20

21

22

23

24

25

26

27

28