McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS S. BABINEAU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:05-CV-00552 GGH<br><br>STIPULATION AND ORDER |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter.  The current due date is November 8, 2006.  The new due date will be December 8, 2006.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time                                    Page 1

```
        /s/ Bess M. Brewer
             (As authorized on November 1, 2006)
        BESS M. BREWER
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney


By:     /s/ Peter Thompson
             (As signed on November 1, 2006)
        PETER THOMPSON
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 11/13/06                    /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

babineau.ord2