McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
PETER K. THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BABINEAU,<br><br>         Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>         Defendant. | CASE NO. **2:05-CV-00552-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new decision.

   On remand, the ALJ will be directed to reconsider Plaintiff's residual functional capacity in light of the medical record, including his lack of a left hand.  The ALJ shall assess

1 | Plaintiff's functional limitations and the findings of
2 | Plaintiff's treating physicians as required by pertinent agency
3 | regulations and rulings, together with Ninth Circuit precedent.
4 | If necessary, the ALJ shall obtain further vocational evidence
5 | regarding the impact of Plaintiff's condition upon his ability to
6 | work.
7 |   It is further stipulated that the decision below is
8 | hereby vacated and that the Clerk of this Court shall be directed
9 | to enter a separate judgment herein, as provided for under Rules
10 | 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
11 | <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
12 | / / /
13 | / / /
14 | / / /

```
DATE: November 22, 2006          /s/ Bess M. Brewer (as
                                 authorized on November 22, 2006)
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


DATE: November 22, 2006          McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney


                            By:  /s/ Bobbie J. Montoya for
                                 PETER K. THOMPSON
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 12/1/06              /s/ Gregory G. Hollows
                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

babineau.rem