McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
PETER THOMPSON
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BABINEAU,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>     Defendant. | CASE NO. **2:05-CV-00552-GGH**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS ($5,150.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

BABINEAU v. Barnhart
EAJA Stip & Order
2:05-cv-00552-GGH            **1**

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATE: December 19, 2006		/s/ Bess M. Brewer (as authorized on December 19, 2006)
					BESS M. BREWER
					Attorney at Law

					Attorney for Plaintiff

DATE: December 19, 2006		McGREGOR W. SCOTT
					United States Attorney
					BOBBIE J. MONTOYA
					Assistant U.S. Attorney

				By:	/s/ Bobbie J. Montoya for
					PETER THOMPSON
					Special Assistant U.S. Attorney

					Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

BABINEAU v. Barnhart
EAJA Stip & Order
2:05-cv-00552-GGH                               **2**

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,150.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: 1/3/07            /s/ Gregory G. Hollows
                         _____
                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

babineau.fee

BABINEAU v. Barnhart
EAJA Stip & Order
2:05-cv-00552-GGH            **3**